FILED

December 20, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                       )
       Plaintiff, )
v. )
                       )
CARLOS ALEXIS MUNOZ, )
                       )
       Defendant. )

Case No. 2:13MJ00365-CKD-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS ALEXIS MUNOZ , Case No.

2:13MJ00365-CKD-1 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of $__

   ✔   Secured Appearance Bond $50,000.00

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   ✔   (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  December 20, 2013  at  2:00 pm  .

By  /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court