1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    CARLOS ALEXIS MUNOZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 2:13-MJ-00365 CKD
                                       )
12                      Plaintiff,     )   STIPULATION AND [PROPOSED] ORDER
                                       )   TO CONTINUE STATUS CONFERENCE
13       v.                            )
                                       )   DATE:  May 12, 2014
14  CARLOS ALEXIS MUNOZ,               )   TIME:   2:00 p.m.
                                       )   JUDGE: Hon. Kendall J. Newman
15                      Defendant.     )
                                       )

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and

19  DOUGLAS BEEVERS, attorney for defendant CARLOS ALEXIS MUNOZ that the status

20  conference hearing date of April 28, 2014 be vacated, and the matter be set for status conference

21  on May 12, 2014 at 2:00 p.m.

22       The reason for this continuance is that the parties are still waiting on the Rule 20 process,

23  which is pending.

24       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25  should be excluded from the date of signing of this order through and including May 12, 2014

26  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

27  T4 based upon continuity of counsel and defense preparation.

28

    *U.S. v. Munoz*                        -1-
     Stipulation and Order

1    Dated: April 25, 2014                          Respectfully submitted,

2                                                   HEATHER E. WILLIAMS
                                                    Federal Defender
3
                                                    */s/ Douglas Beevers*
4                                                   DOUGLAS BEEVERS
                                                    Assistant Federal Defender
5                                                   Attorney for Defendant
                                                    CARLOS ALEXIS MUNOZ
6

7    Dated: April 25, 2014                          BENJAMIN B. WAGNER
                                                    United States Attorney
8
                                                    */s/ Jason Hitt*
9                                                   JASON HITT
                                                    Assistant United States Attorney
10                                                  Attorney for Plaintiff

11

12                                        **O R D E R**

13         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14   April 28, 2014 status conference hearing be continued to May 12, 2014, at 2:00 p.m.  Based on

15   the representation of defense counsel and good cause appearing there from, the Court hereby

16   finds that the failure to grant a continuance in this case would deny defense counsel reasonable

17   time necessary for effective preparation, taking into account the exercise of due diligence.  The

18   Court finds that the ends of justice to be served by granting a continuance outweigh the best

19   interests of the public and the defendant in a speedy trial.  It is ordered that time up to and

20   including the May 12, 2014 status conference shall be excluded from computation of time within

21   which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18

22   U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable

23   time to prepare.

24   **IT IS SO ORDERED.**

25   **Dated:  April 28, 2014**

26                                                  _____
                                                    CAROLYN K. DELANEY
27                                                  UNITED STATES MAGISTRATE JUDGE

28

*U.S. v. Munoz*                                -2-
Stipulation and Order